# EXHIBIT G



# EAST AURORA POLICE DEPT
## POLICE REPORT
## ASSIST OTHER AGENCY

**Complaint**
**12-208389**

Report Date & Time
07/02/2012 16:32

## INCIDENT

| Address of Occurrence | District | Tract | Occ. Date & Time | Day of Week | Type of Premise |
|---|---|---|---|---|---|
| 49 WILLIS AV | SOUTHW | 02 | 07/02/2012 16:32 | Monday | Single Family Home |

| Status | Follow Up By | Supl | TT Mess# | TT Entry Date | TT Cancel# | TT Cancel Date |
|---|---|---|---|---|---|---|
| Closed | | N | | | | |

| Officers: | 46 - BRAEUNER | 44 - SUTTELL | Rep. Off.: 46 - BRAEUNER |
|---|---|---|---|
| | 40 - COOK | | Supervisor: 40 - COOK |

## OFFENDER - 1

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| WIERZBIC | RAYMOND | H | JR | 01/14/1961 | White | M | 51 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 49 WILLIS AV | SOUTH WALES | NY | 14139 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OFFENDER - 2

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| WIERZBIC | BRIAN | A | | 09/06/1989 | White | M | 22 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 49 WILLIS AV | SOUTH WALES | NY | 14139 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OFFENDER - 3

| Last Name | First Name | MI | Ext | Birth Date | Race | Sex | Age | Juvenile | Arrested | Report |
|---|---|---|---|---|---|---|---|---|---|---|
| WIERZBIC | BERNICE | R | | 01/15/1963 | White | F | 49 | N | N | PR |

| Address | City | State | Zip | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 49 WILLIS AV | SOUTH WALES | NY | 14139 | | |

| Height | Weight | Hair | Eyes | Build | Complexion | Glasses | Scars/Marks/Tattoos |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## NARRATIVE

| POLICE REPORT | Date Entered: 07/03/2012 07:45 | Typist: ROBERT BRAEUNER | Officer: 46-BRAEUNER |
|---|---|---|---|

PATROLMAN BRAEUNER WAS DISPATCHED TO 49 WILLIS AVENUE TO ASSIST THE ERIE COUNTY SHERIFF'S DEPARTMENT FOR A DEPUTY REQUESTING BACK-UP. UPON ARRIVAL, PATROL OBSERVED DEPUTY HOOCK AND FLOWERS IN A FIGHT WITH A LARGE MALE SUBJECT. DEPUTIES WERE ATTEMPTING TO ARREST SUBJECT WHO WAS RESISTING VIOLENTLY. THIS WAS RAYMOND JR. THIS SUBJECTS WIFE AND SON WERE TRYING TO PULL DEPUTIES OFF OF THIS SUBJECT AND THEN BEGAN STRIKING DEPUTIES. PATROL DETAINED BERNICE WHO ALSO STRUCK THIS OFFICER IN THE CHEST. PATROL THEN ASSISTED DEPUTY HOOK IN GETTING RAYMOND DETAINED, WHO WAS ALSO PEPPER SPRAYED BY DEPUTIES. DEPUTY WEISS WAS ALSO INJURED BY SUBJECT BRIAN WHO WAS ALSO RESISTING AND FIGHTING WITH OFFICERS.

IT SHOULD BE NOTED AS THE OFFENDERS WERE FIGHTING WITH OFFICERS A 9-1-1 EMERGENCY CALL WAS RECEIVED BY THIS DEPARTMENT BY BERNICE REQUESTING THIS AGENCY TO RESPOND AND HELP THEM. SHE WAS INFORMED WE WERE ALREADY THERE. ALL SUBJECTS WERE ARRESTED AND SECURED BY ECSO. INCIDENT STARTED WHEN DEPUTY HOOCK WAS ATTEMPTING TO SERVE CIVIL PAPERS ON THE SUBJECTS ABOVE. THIS OFFICER SUPPLIED A SUPPORTING DEPOSITION.

| Officer: 46 - BRAEUNER | Supervisor: 40 - COOK |
|---|---|