# EXHIBIT H

# Erie County Sheriff's Office
## Supporting Deposition

State of New York, County of Erie, C/T/V of: **AURORA** Court.

The People of the State of New York
-VS-

| | | |
|---|---|---|
| Raymond Jr. Wierzbic | of 49 Willis S Wales NY | Defendant |
| Brian A. wierzbic | of 49 Willis S Wales NY | Defendant |
| | of | Defendant |

### DEPOSITION OF FACTS

I, **Robert M Braeuner** of **the East Aurora Police Department**. As and for a supporting deposition in connection with an (~~INFORMATION~~) ( MISDEMEANOR COMPLAINT) (~~FELONY COMPLAINT~~) (~~SIMPLIFIED TRAFFIC SUMMONS~~) filed, or about to be filed, with this court against the above named defendant(s) do hereby make the following allegations of fact which are based (**ON DIRECT KNOWLEDGE**) (~~ON INFORMATION AND BELIEF~~):

Patrolman Robert M Braeuner of the East Aurora Police Department responded to a back-up/assistance call for the Erie County Sheriff's Department on Willis Road, Town of Aurora. Upon arrival, July 2, 2012 at 1638 hours, 49 Willis Rd, I observed Deputy Hoak attempting to arrest a heavy white male subject, later learned to be a Raymond Wierz Jr, who was fighting violently with Deputy Hoak. This subject was punching, swinging his arms and resisting arrest. Subject was ordered numerous times to comply or he would be sprayed. It took three officers and pepper spray to get subject under control. He continued to fight after being sprayed. Subjects and son then attacked Deputy Hoak and Deputy Weiss. Brian began fighting with Deputy Weiss and _____ went after Deputy Hoak and then began punching this officer in chest. Both of these subjects resisted arrest when attempted to be subdued and taken into cu handcuffed. These two were subdued and taken into cu

**NOTICE:** False statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the New York State Penal Law. Affirmed under the penalty of perjury:

Date: **07/02/2012** Signature _____