UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————

RAYMOND WIERZBIC, BERNICE WIERZBIC,
BRIAN WIERZBIC, AND ANGELENE WIERZBIC,

                                Plaintiffs,

v.                                 Case Number: 1:13-CV-00978-WMS-LGF

COUNTY OF ERIE,
ERIE COUNTY SHERIFFS DEPARTMENT,
ERIE COUNTY SHERIFF, TIMOTHY HOWARD,
Individually and in his official capacity,
DEPUTY ERIE COUNTY SHERIFF MICHAEL HOOCK,
Individually and in his official capacity,
DEPUTY ERIE COUNTY SHERIFF JASON WEISS,
Individually and in his official capacity,
DEPUTY ERIE COUNTY SHERIFF THOMAS WAS,
Individually and in his official capacity,
DEPUTY ERIE COUNTY SHERIFF JAMES FLOWERS
Individually and in his official capacity,
TOWN OF AURORA,
EAST AURORA POLICE DEPARTMENT,
EAST ARUORA POLICE CHIEF RONALD KROWKA,
Individually and in his official capacity,
EAST AURORA POLICE OFFICER ROBERT BRAEUNER,
Individually and in his official capacity,

                                Defendants.

———————————————————

## COUNTY DEFENDANTS
### REPLY TO THE PLAINTIFFS' RULE 56 STATEMENT OF
### FACTS AND COUNTY'S COUNTER STATEMENT OF FACTS

      The Defendants, COUNTY OF ERIE (hereinafter "Erie County"), ERIE COUNTY

SHERIFF'S DEPARTMENT (hereinafter "Sheriff's Department"), ERIE COUNTY SHERIFF,

TIMOTHY HOWARD (hereinafter "Sheriff Howard"), individually and in his official capacity,

DEPUTY ERIE COUNTY SHERIFF MICHAEL HOOCK, individually and in his official

capacity, DEPUTY ERIE COUNTY SHERIFF JASON WEISS, individually and in his official

capacity, DEPUTY ERIE COUNTY SHERIFF THOMAS WAS, individually and in his official

capacity, and DEPUTY ERIE COUNTY SHERIFF JAMES FLOWERS, individually and in his

official capacity, (collectively the "County Defendants"), submit the following response to

plaintiffs' Statement of Undisputed Facts (hereafter "Plaintiffs' Rule 56 Statement"):

1.      Admit the allegations in paragraphs 1, 2, 7 and 14 of Plaintiffs' Rule 56 Statement.

2.      With respect to paragraph 3 of Plaintiffs' Rule 56 Statement, the County Defendants

cannot admit or deny the allegations of paragraph 3 as it pertains to the ownership of property as

the County Defendants have not been provided with any real estate documentation involving real

property in the Town of Aurora and therefore they do not possess personal knowledge of the legal

ownership of 42 Willis Road.  The County Defendants admits so much of the statement that that

asserts Raymond and Bernice Wierzbic are the parents of Brian and Angelene. The County

Defendants have no personal knowledge as to the use of the property for their collective vegetable

farming business and can neither admit nor deny said allegations.

3.      With respect to paragraph 4 of Plaintiffs' Rule 56 Statement, the County

Defendants admit that Erie County Sheriff's Deputy Michael Hoock entered onto the property at

49 Willis to effectuate service of legal papers upon Raymond Wierzbic.  The County Defendants

admit upon information and belief, that Plaintiffs Raymond, Brian and Bernice Wierzbic were on

the property at the time. The County Defendants admit, upon information and belief that the

Plaintiffs requested that Deputy Hoock vacate the premises; that an altercation ensued and that

Plaintiffs Raymond, Brian and Bernice were arrested and tried in the East Aurora Town Court.

The County Defendants also admit that Deputy Hoock testified at the trial.

2

4.    With respect to paragraphs 5 and 6 of Plaintiffs' Rule 56 Statement, the County Defendants admit there was a transcript of the proceedings that occurred in Aurora Town Court, but the County Defendants object to the remainder of the allegations in paragraphs 5 and 6 to the extent that testimony is quoted from transcripts, as the transcripts would be the best record of the alleged testimony.

5.    With respect to the paragraphs 8, 9, 10, 11, 12, and 13, the County Defendants admit that there is a manual pertaining to civil process maintained by the Erie County Sheriff's Department but object to the remainder of the allegations as the manual itself is the best evidence.

## COUNTER STATEMENT OF FACTS

6.    Plaintiffs commenced this action by the filing of a complaint on September 27, 2013 asserting the following causes of action against all Defendants: Federal claims pursuant to 42 U.S.C. 1983 for (1) excessive force; (2) malicious prosecution; (3) refusing to prevent [presumably use of force]; (4) conspiracy; (5) violation of 1st Amendment rights and (6) violation of 5th Amendment rights.  The complaint also alleges State claims for: (1) false arrest; (2) false imprisonment; (3) assault; (4) battery; (5) intentional infliction of emotional distress; (6) negligent hiring and retention and (7) negligent training and supervision. (Complaint attached to County Defendants moving papers as Exhibit A, Dkt. 1 ¶ 16.).  Notably absent from the causes of action alleged is any claim for civil trespass.

7.    The Defendants interposed Answers. (Answers are attached to the Defendants' original moving papers).  The East Aurora Defendants served Interrogatories upon the plaintiff. A copy of the Interrogatories is attached to the Counter Statement of Facts as Exhibit A.

8.    The Plaintiffs served responses to those interrogatories which are attached to the

Counter Statement of Facts as Exhibit B.

9.    Absent from the causes of action alleged in the complaint or any of the

Interrogatory responses is any claim regarding trespass.


Dated: June 24, 2016
        Buffalo, New York

_____
Jennifer C. Persico, Esq.
Lippes Mathias Wexler Friedman LLP
*Attorneys for Defendants County of Erie,*
*Erie County Sheriff's Department, Timothy*
*Howard, Michael Hoock, Jason Weiss,*
*Thomas Was, and James Flowers*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 853-5100
E-Mail: jpersico@lippes.com


To:    Paul E. Fallon, Esq.
       *Attorney for Plaintiffs*
       57 High Park Blvd.
       Amherst, New York 14226
       Telephone: (716) 830-2931
       E-Mail: pfallon6458@gmail.com

       Daire Brian Irwin, Esq.
       *Attorney for Plaintiffs*
       210 Voorhees Avenue
       Buffalo, New York 14216
       Telephone: (716) 822-7645
       E-mail: dbi59@roadrunner.com


       Julie P. Apter, Esq.
       Kristin Klein Wheaton, Esq.
       GOLDBERG SEGALLA LLP
       *Attorneys for Co-Defendants East Aurora Police Department,*

4

*East Aurora Police Chief Ronald Krowka and*
*East Aurora Police Officer Robert Braeuner*
665 Main Street, Suite 400
Buffalo, New York 14203
Telephone: (716) 566-5400
E-mail: japter@goldbergsegalla.com
E-mail: kwheaton@goldbergsegalla.com